IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NAZAR ALIDAN,** | : |
| Petitioner, | : |
| vs. | :    **CIVIL ACTION 06-00808-WS-B** |
| **DAVID O. STREIFF,** *et al.*, | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute.

**DONE** and **ORDERED** this 9th day of April, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE