IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

NAZAR ALIDAN,                            :

    Petitioner,                        :

vs.                                      :     CIVIL ACTION 06-00808-WS-B

DAVID O. STREIFF, *et al.*,              :

    Respondents.                       :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** and **ORDERED** this 9th day of April, 2008.

                                                       s/WILLIAM H. STEELE
                                                     UNITED STATES DISTRICT JUDGE